JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LYNN HUTCHINS, | CV 11-473 VBF (PLA) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF AMERICA, ET AL., | |
| Defendant. | |

Pursuant to the Court's Minute Order of September 26, 2011, dismissing with prejudice plaintiff Daniel Lynn Hutchins' ("Plaintiff's") claims against defendants Bank of America Corp., ReconTrust Company, N.A., BAC Home Loan Servicing LP, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association ("Defendants") for violation of the Fair Debt Collection Practices Act ("FDCPA"), the Truth in Lending Act ("TILA"), and the Real Estate Settlement Procedures Act ("RESPA"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff on his claims for violation of FDCPA, TILA, and RESPA.

///

///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 nothing and that Defendants shall have their costs of suit.
3
4    IT IS SO ORDERED.
5
6 DATED:  September 26, 2011
                                                    _____
7                                                         Percy Anderson
                                                    UNITED STATES DISTRICT JUDGE